IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

PATRICK BILLS,

                      Plaintiff,

-against-

BRISTOL-MYERS SQUIBB COMPANY, and
SCHERING CORPORATION,

                      Defendants.

-----------------------------------------------------------------X

Index No.:
07 CV 6867

**CERTIFICATE OF
IDENTIFICATION
PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for defendant, **SCHERING CORPORATION**, certifies that it does not have a parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
        September 14, 2007

                              Respectfully Submitted,

                              SEDGWICK, DETERT, MORAN, & ARNOLD LLP

                              By: _____
                              MATTHEW J. McCAULEY (MM-9610)
                              *Attorneys for Defendants*
                              *BRISTOL-MYERS SQUIBB COMPANY and*
                              *SCHERING CORPORATION*
                              125 Broad Street, 39th Floor
                              New York, New York 10004-2400
                              Telephone: (212) 422-0202
                              Facsimile: (212) 422-0925
                              [SDMA File No. 0196-005947]

To:    David S. Nalven, Esq. (DN-2374)
        Kimberly Dougherty, Esq. (Pro Hac Vice)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        One Main Street, 4th Floor
        Cambridge, MA 02142
        Telephone: (617) 482-3700

-2-

Facsimile:   (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016
Telephone (602) 840-5900
Facsimile   (602) 840-3012

-2-

NY/508564v1

-3-

## CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of the attached **CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1** was served electronically pursuant to United States District Court, Southern District of New York Local Rule 5.2 on September 14, 2007, upon:

David S. Nalven, Esq. (DN-2374)
Kimberly Dougherty, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone (602) 840-5900
Facsimile (602) 840-3012

                                                                                        _____
                                                                                        MATTHEW J. McCAULEY (MM-9610)

NY/508564v1