AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

PATRICK BILLS

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY ET AL.

Case Number: 07-06867

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

SCHERING CORPORATION

I certify that I am admitted to practice in this court.

9/28/07
Date

*(signature)*
Signature

David Covey     DC3729
Print Name     Bar Number

125 Broad Street, 39th Fl.
Address

New York     New York     10004-2400
City     State     Zip Code

(212) 422-0202     (212) 422-0925
Phone Number     Fax Number

David.covey@sdma.com