AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PATRICK BILLS

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY ET AL.

Case Number: 07-06867

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

SCHERING CORPORATION

I certify that I am admitted to practice in this court.

Date: 9/27/07

Signature: [signed] Barry Gerstman

Print Name: Barry Gerstman

Bar Number:

Address: 125 Broad Street, 39th Fl.

City: New York   State: New York   Zip Code: 10004-2400

Phone Number: (212) 422-0202   Fax Number: (212) 422-0925

Barry.gerstman@sdma.com