## CERTIFICATE OF SERVICE

I, Barry L. Gerstman, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via Regular Mail on this 28th day of September, 2007 upon the following:

>David S. Nalven, Esq.
>Kimberly Dougherty, Esq.
>Hagens Berman Sobol Shapiro LLP
>One Main Street, Fourth Floor
>Cambridge, MA 02142
>
>Robert B. Cary, Esq.
>Donald Andrew St. John, Esq.
>Hagens Berman Sobol Shapiro LLP
>2425 E. Camelback Road, Suite 650
>Phoenix, Arizona 85016

_____
Barry L. Gerstman (BG-3691)

Dated:   New York, New York
         September 28th, 2007