UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| PATRICK BILLS,<br>           Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY and<br>SCHERING CORPORATION,<br>           Defendants. | C.A. No. 07-6867 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Patrick Bills, by and through his attorneys, hereby notifies the Court that on November 7, 2007, he served his First Supplemental Disclosure Statement by mailing, via United States Parcel Service Next Day Air, the original to counsel for Bristol-Myers Squibb Company and Schering Corporation.

RESPECTFULLY SUBMITTED this 8th day of November, 2007.

           **HAGENS BERMAN SOBOL SHAPIRO, LLP**

           s/Donald Andrew St. John
           Robert B. Carey
           Donald Andrew St. John
           HAGENS BERMAN SOBOL SHAPIRO LLP
           2425 E. Camelback Road, Suite 650
           Phoenix, Arizona 85016
           Telephone: (602) 840-5900
           Facsimile: (602) 840-3012

           David S. Nalven, DN-2374
           Kimberly A. Dougherty, DN-58014
           HAGENS BERMAN SOBOL SHAPIRO LLP
           One Main Street, 4th Floor
           Cambridge, MA 02142
           Telephone: (617) 482-3700
           Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

    I hereby certify that on November 8, 2007, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

                                                     s/Georgia O'Neill