UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| PATRICK BILLS,<br><br>    Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>    Defendant. | C.A. No. 07-6867 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

    Plaintiff Patrick Bills, by and through his attorneys, hereby notifies the Court that on February 20, 2008, he served, by mailing the originals to counsel for Bristol-Myers Squibb Company, Responses to Defendants' Discovery Demands as follows:

1. NOTICE FOR DISCOVERY & INSPECTION OF DOCUMENTS WHICH WILL BE USED TO ESTABLISH ECONOMIC LOSS, ETC.;

2. DEMAND FOR LIEN INFORMATION;

3. NOTICE FOR PRODUCTION OF MOVIES;

4. DEMAND FOR COLLATERAL SOURCE INFORMATION;

5. DEMAND FOR STATEMENTS;

6. NOTICE FOR DISCOVERY & INSPECTION OF X-RAYS AND OTHER DIAGNOSTIC FILMS;

7. DEMAND FOR EXPERT WITNESS DISCLOSURE;

8. NOTICE FOR DISCOVERY & INSPECTION;

9. DEMAND FOR INCOME TAX RETURNS;

10. DEMAND FOR EMPLOYMENT AND EDUCATIONAL INFORMATION;

11. DEMAND FOR NAMES AND ADDRESSES OF WITNESSES;

12. DEMAND FOR MEDICAL INFORMATION AND AUTHORIZATIONS;

13. NOTICE OF DISCOVERY & INSPECTION.

RESPECTFULLY SUBMITTED February 20, 2008.

          **HAGENS BERMAN SOBOL SHAPIRO LLP**

          s/Donald Andrew St. John
          Robert B. Carey
          Donald Andrew St. John
          HAGENS BERMAN SOBOL SHAPIRO LLP
          2425 E. Camelback Road, Suite 650
          Phoenix, Arizona 85016
          Telephone: (602) 840-5900
          Facsimile: (602) 840-3012

          David S. Nalven, DN-2374
          Kimberly A. Dougherty, DN-58014
          HAGENS BERMAN SOBOL SHAPIRO LLP
          One Main Street, 4th Floor
          Cambridge, MA 02142
          Telephone: (617) 482-3700
          Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

    I hereby certify that on February 20, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

    ____s/Georgia O'Neill_____