UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

PATRICK BILLS,

          Plaintiff,

vs.

BRISTOL-MYERS SQUIBB COMPANY and SCHERING CORPORATION,

          Defendants.

C.A. No. 07-6867 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

      Plaintiff Patrick Bills, by and through his attorneys, hereby notifies the Court that on February 29, 2008, he served his Initial Response to Defendants' Interrogatories by mailing, via United States Parcel Service Next Day Air, the original to counsel for Bristol-Myers Squibb Company and Schering Corporation.

      RESPECTFULLY SUBMITTED February 29, 2008

**HAGENS BERMAN SOBOL SHAPIRO, LLP**

s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

    I hereby certify that on February 29, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

                                                        ____s/Georgia O'Neill_____