UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

PATRICK BILLS,

    Plaintiff,

vs.

BRISTOL-MYERS SQUIBB COMPANY,

    Defendant.

C.A. No. 07-6867 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

Plaintiff Patrick Bills, by and through his attorneys, hereby notifies the Court that on March 18, 2008, he served, by mailing the originals to counsel for Bristol-Myers Squibb Company, Plaintiff's First Request for Production of Documents to Bristol Meyers-Squibb.

RESPECTFULLY SUBMITTED March 18, 2008.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on March 18, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

　　　　　　　　　　　　　　　　　　　　　____s/Lauren Uhler_____